Kelly H. Dove
Nevada Bar No. 10569
Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
       mparetti@swlaw.com

Jean F. Kuei
*Pro Hac Vice Application to be Filed*
REED SMITH LLP
1301 K. Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
Telephone: 202.414.9200
Facsimile: 202.414.9299
Email: jkuei@reedsmith.com

*Attorneys for Defendant PetSmart, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Zimmerman, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>PetSmart, Inc.,<br><br>Defendant. | Case No. **2:17-cv-01190-GMN-GWF**<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant, PetSmart, Inc. ("PetSmart") by and through their undersigned counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree to extend PetSmart's deadline to respond to Plaintiff's Complaint [Doc #1] to June 8, 2017. This is the Parties' first extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1. Plaintiff served the Complaint and Summons on PetSmart on May 4, 2017.

2. PetSmart's Answer is currently due May 25, 2017.

3. In addition, the Parties are engaging in settlement and early resolution options that may obviate the need for PetSmart's response.

4. The Parties agreed to the extension requested herein.

5. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties jointly agree to extend PetSmart's deadline to respond to Plaintiff's Complaint to June 8, 2017.

DATED: MAY 19, 2017

THE WILCHER FIRM

By: */s/ Whitney C. Wilcher*
Whitney C. Wilcher
8465 West Sahara Avenue
Suite 111-236
Las Vegas, Nevada 89117

*Attorneys for Plaintiff Kevin Zimmerman*

DATED: MAY 19, 2017

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
Kelly H. Dove
Michael Paretti
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant PetSmart, Inc.*

**ORDER**

**IT IS ORDERED** that PetSmart shall respond to Plaintiff's Complaint on or before June 8, 2017.

DATED: \_\_\_\_May 23_____, 2017.

_____
UNITED STATES
MAGISTRATE JUDGE